## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

          v.          :          **CRIMINAL NO.   92-498-02**

FRANK AMERMAN          :

### ORDER

AND NOW, this __4th__ day of __December__, 2014, upon consideration of the defendant's motion for a reduction in sentence pursuant to 18 U.S. C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and the government's response thereto, it is hereby

### ORDERED

that the motion is GRANTED, and the defendant's term of imprisonment is reduced to 292 months, effective November 1, 2015.

**BY THE COURT:**

**HON. J. CURTIS JOYNER**
**United States District Court Judge**